UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FLAT RIVER FARMS, LLC, ET AL          CIVIL ACTION NO. 19-cv-1249

VERSUS                                 JUDGE FOOTE

M R C ENERGY CO.                       MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Defendants removed this case based on an assertion of diversity jurisdiction, which puts the burden on them to set forth with specificity the citizenship of the parties and facts that support a finding that more than $75,000 is in controversy. The facts alleged in the notice of removal describe parties that are completely diverse and the requisite amount in controversy, but there is some ambiguity about the citizenship of the LLC parties at the relevant times.

The court issued a memorandum order (Doc. 6) that pointed out the ambiguities and instructed the parties as follows:

> The parties will later be required to file a case management report in advance of the scheduling conference. The parties must make an affirmative representation, in the portion of the report that asks about subject matter jurisdiction, that the members of the LLCs were as described in the notice of removal (1) at the time the state court suit was filed and (2) when this case was removed. If the membership was different, then specific facts regarding the members and their citizenship must be set forth in an amended notice of removal.

The parties later filed a case management report (Doc. 12), but it does not include the affirmative representation regarding the members of the LLCs.

Counsel are directed to review the prior order, confer, and file a response to this order by **December 16, 2019** regarding the members of the LLCs. The court will review the record after the deadline to determine whether there is a basis for subject matter jurisdiction or whether remand is required.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 20th day of November, 2019.

Mark L. Hornsby
U.S. Magistrate Judge